## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EARL JAMES WOODS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-2703** |
| | : | |
| **SEPTA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 14th day of December, 2023, upon consideration of Plaintiff Earl James Woods's *pro se* Second Amended Complaint (ECF No. 14), it is **ORDERED** that:

1.  The Second Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**KAI N. SCOTT, J.**